IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SHIRLEY HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Case No.** |
| | ) 1:24-cv-04758-TWT-RGV |
| | ) |
| VIVE FINANCIAL, LLC and EQUIFAX INFORMATION SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shirley Hall and Defendant Vive Financial, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii), hereby stipulate and agree that Plaintiff's claims against Vive Financial, LLC should be dismissed, with prejudice, and with each side to bear its own costs and attorney's fees.

Dated: February 17, 2025.   Respectfully submitted:

By: *[signature]*   **Law By JW, LLC**
**JEFFREY A. WILSON**   1590 Jonesboro Rd. SE #6839
   Atlanta, GA 30315
**ATTORNEY FOR PLAINTIFF**   Phone: (832) 422-6362
   jeff@lawbyjw.com

1

- AND -

*/s/ Erik L. Johnson*
Erik L. Johnson, Esq.
Georgia Bar No. 139597
**BALLARD SPAHR LLP**
1909 K Street, 12th Floor
Washington, D.C.  20006-1157
T: 202.661.2200
F: 202.661.2299
johnsonel@ballardspahr.com


**ATTORNEY FOR DEFENDANT
VIVE FINANCIAL LLC**

- AND –

*/s/ Christine Kapur*
Christine Kapur
Georgia Bar No. 197008
**EQUIFAX, INC.**
**EQUIFAX LEGAL DEPARTMENT**
1550 Peachtree Street
Atlanta, GA 30309
T: 404-885-8066

**ATTORNEY FOR DEFENDANT
EQUIFAX INFORMATION SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                          /s/ *Erik L. Johnson*
                                          Erik L. Johnson